■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISIAH FINCH, Appellant. [946 NYS2d 918]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered January 27, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]). Although defendant did not waive the right to appeal and thus his challenge to the severity of the sentence is properly before us (*see*

*generally People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]), we nevertheless conclude that the sentence is not unduly harsh or severe. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.